UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| SHERRY YOUNG, | ) |
| | )   **JURY DEMAND** |
|     Plaintiff, | ) |
| | )   **CASE NO.: 1:06-cv-00085** |
| v. | ) |
| | )   Honorable Harry S. Mattice, Jr. |
| ARCH CHEMICALS, INC., | ) |
| | )   Magistrate Judge Susan K. Lee |
|     Defendant. | ) |

## STIPULATION OF DISMISSAL

Plaintiff Sherry Young and Defendant Arch Chemicals, Inc., by and through their counsel of record, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate that this case is DISMISSED with prejudice.


AGREED TO BY:

HUSCH & EPPENBERGER, LLC

By: s/Stephen S. Duggins
Stephen S. Duggins (BPR #013222)
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402423/266-5500
423/266-5499 (fax)
*Attorneys for Defendant*

BURNETTE, DODSON & PINCHAK

By: s/Harry F. Burnette
Harry F. Burnette, BPR #04803
Steven F. Dobson, BPR #01936
713 Cherry Street
Chattanooga, TN 37402
423/266-2121
423/266-3324 (fax)
*Attorneys for Plaintiff*

0426819.01